#### UNITED STATES DISTRICT COURT
#### DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMNRI MOORE,<br>    Plaintiff | CIVIL ACTION NO: |
| v. | |
| PROFESSIONAL SECURITY<br>CONSULTANTS, INC.<br>    Defendant | DECEMBER 27, 2022 |

### PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant, Professional Security Consultants, Inc., respectfully states:

1. On or about, November 29, 2022, an action was commenced against Defendant in the Superior Court for the District of Fairfield at Bridgeport, in the State of Connecticut, entitled <u>Omnri Moore v. Professional Security Consultants, Inc.</u>, bearing Docket No. FBT-CV22-6119935-S ("State Action"). No further proceedings have been had in the State Action. Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of Connecticut. Upon information and belief, Plaintiff is, and was at all relevant times, a citizen of Connecticut for the purposes of a diversity jurisdiction analysis.

5. Professional Security Consultants, Inc. is a corporation incorporated in the state of California with its principal place of business in Los Angeles, California.

6. There are no other defendants in this case.

7. The matter in controversy exceeds the sum of value of $75,000.00 exclusive of interest and costs.

8. Defendant first received the initial process setting forth the claim for relief upon which this action is based on November 29, 2022, and therefore, this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

9. Defendant submits this Petition for Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief can be granted.

10. This Petition will be filed promptly with the Superior Court for the Judicial District of Fairfield at Bridgeport as required by 28 U.S.C. § 1446(d).

11. By copy of this document and in accordance with the Certificate of Service, Defendant is providing notice to all parties in this action advising of the filing of this Petition for Removal pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Fairfield at Bridgeport, be removed to this Court.

**DEFENDANT,**
**PROFESSIONAL SECURITY**
**CONSULTANTS, INC.**

By: */s/ James F. Shea*
    James F. Shea (ct 17433)
    james.shea@jacksonlewis.com
    Sara R. Simeonidis (ct 25566)
    sara.simeonidis@jacksonlewis.com
    Jackson Lewis P.C.
    90 State House Square, 8th Floor
    Hartford, CT 06103
    P: (860) 522-0404
    F: (860) 247-1330

**CERTIFICATION OF SERVICE**

      I hereby certify that on December 27, 2022, a copy of foregoing was served by electronic mail on Plaintiff's counsel of record:

> Michael J. Reilly
> Cicchiello & Cicchiello, LLP
> 364 Franklin Avenue
> Hartford, CT 06114
> mreilly@cicchielloesq.com

                                        */s/ Sara R. Simeonidis*
                                        Sara R. Simeonidis