# EXHIBIT A

33989

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov




- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | **Return Date** *(Must be a Tuesday)* |
|---|---|---|
| 1061 Main Street, Bridgeport 06604 | ( 203 ) 579 – 6527 | December 13, 2022 |

| [x] Judicial District [ ] Housing Session | G.A. [ ] Number: | At *(City/Town)* BRIDGEPORT | Case type code *(See list on page 2)* Major: M Minor: 90 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 296 – 3457 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [x] Yes [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*: mreilly@cicchielloesq.com

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Omnri Moore<br>Address: c/o: Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Professional Security Consultants, Inc.<br>Address: Agent Details: Secretary of State 165 Capitol Ave., P.O. BOX 150470, Hartford, CT | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued**. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.

**The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | Name of person signing |
|---|---|---|---|
| 11/22/2022 | [signature] | [ ] Commissioner of Superior Court<br>[ ] ______ Clerk | Michael J. Reilly, Esq. |

If this summons is signed by a Clerk:

a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   *(a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)*
   *(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   *(c) Applications for change of name*
   *(d) Probate appeals*
   *(e) Administrative appeals*
   *(f) Proceedings pertaining to arbitration*
   *(g) Summary Process (Eviction) actions*
   *(h) Entry and Detainer proceedings*
   *(i) Housing Code Enforcement actions*

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other<br>*Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

**RETURN DATE: DECEMBER 20, 2022** : **SUPERIOR COURT**

**OMNRI MOORE** : **J.D. OF FAIRFIELD**

**VS.** : **AT BRIDGEPORT**

**PROFESSIONAL SECURITY CONSULTANTS, INC.** : **NOVEMBER 22, 2022**

**COMPLAINT**

**FIRST COUNT:** **RETALIATION – CONN. GEN. STAT. § 46a-60(b)(4)**

1. At all times set forth herein, the Plaintiff, Omnri Moore, was a resident of New Haven, Connecticut.

2. At all times set forth herein, the Defendant, Professional Security Consultants, Inc. was a corporation organized under the laws of the State of California.

3. Defendant maintains a Connecticut place of business located at 5065 Main Street, in the Town of Trumbull, State of Connecticut.

4. At all times set forth herein, the Defendant provided of security services at the Connecticut Post Mall located in Trumbull, Connecticut.

5. Plaintiff began working for the Defendant in or around February 1, 2022, as a Security Guard at the Connecticut Post Mall.

6. During the course of his employment, Plaintiff reported to and was supervised directly by Defendant employee Wilfredo Cruz ("Cruz") and a female supervisor named Pereira ("Pereira").

7. In or around April 1, 2022, Pereira began telling coworkers that Pereira had had sex with the Plaintiff, which led to coworkers calling Pereira and the Plaintiff "the two lovebirds" and stating to the Plaintiff that "your favorite supervisor is here" when Pereira would arrive at work.

8. Shortly thereafter, the Plaintiff made an internal complaint to the Defendant's hotline stating that the Plaintiff wanted Pereira and his coworkers to cease spreading the rumor that Pereira and the Plaintiff had had sex.

9. In response to the Plaintiff's complaint, a regional director of the Defendant, held a meeting to address the Plaintiff's concerns; the Plaintiff was not present at said meeting.

10. After the meeting, the Plaintiff's hours were reduced: first from 40 per week to 32 per week, then to 15 per week.

11. On May 6, 2022, the Plaintiff was accused of breaking into a kiosk; the Plaintiff had actually closed drawers in the kiosk in response to an alarm (the "kiosk incident").

12. On May 10, 2022, Cruz reviewed video footage of the kiosk incident and confirmed that the Plaintiff had not taken anything from the kiosk.

13. Despite this, Defendant terminated Plaintiff's employment.

14. Defendant's stated reason for Plaintiff's termination was false. Defendant terminated Plaintiff because he had filed a complaint of unwelcome conduct of a sexual nature by Pereira.

15. The Defendant, through the foregoing conduct, retaliated against the Plaintiff in violation of the provision of Conn. Gen. Stat. § 46a-60(b)(4)

16. As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has sustained lost wages and other consequential losses and damages, and has incurred or will incur attorneys' fees and costs.

17. Plaintiff filed a timely administrative complaint against Defendant with the Connecticut Commission on Human Rights and Opportunities, and thereafter received a release of jurisdiction letter therefrom, a copy of which is appended hereto as Exhibit A. This Action is

brought within 90 days of receipt of said release of jurisdiction letter. As such, Plaintiff has exhausted all administrative remedies, and this Action is timely.

THE PLAINTIFF
OMNRI MOORE

By: ______________________
Michael J. Reilly, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Juris No. 419987
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | | |
|---|---|---|
| **RETURN DATE: DECEMBER 20, 2022** | : | **SUPERIOR COURT** |
| **OMNRI MOORE** | : | **J.D. OF FAIRFIELD** |
| **VS.** | : | **AT BRIDGEPORT** |
| **PROFESSIONAL SECURITY CONSULTANTS, INC.** | : | **NOVEMBER 22, 2022** |

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief:

1. Money damages;
2. Reinstatement, or in lieu thereof, front pay;
3. Punitive Damages;
4. Attorneys' fees and costs of this Action; and
5. All other awardable relief.

THE PLAINTIFF
OMNRI MOORE

By: ____________________
Michael J. Reilly, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Juris No. 419987
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | | |
|---|---|---|
| **RETURN DATE: DECEMBER 20, 2022** | : | **SUPERIOR COURT** |
| | : | |
| **OMNRI MOORE** | : | **J.D. OF FAIRFIELD** |
| | : | |
| **VS.** | : | **AT BRIDGEPORT** |
| | : | |
| **PROFESSIONAL SECURITY CONSULTANTS, INC.** | : | **NOVEMBER 22, 2022** |

**STATEMENT OF AMOUNT IN DEMAND**

The amount in demand exceeds $15,000.00, excluding costs and interests.

THE PLAINTIFF
OMNRI MOORE

By: ______________________

Michael J. Reilly, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Juris No. 419987
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

# EXHIBIT A

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Omnri Moore
**COMPLAINANT**

vs.

CHRO No. 2230568
EEOC No. 16A202201053

Professional Security Consultants Inc
**RESPONDENT**

RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**_

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

Tanya A. Hughes

**DATE:** October 26, 2022

Tanya A. Hughes, Executive Director

Service:
Complainant: Omnri Moore
Complainant's attorney: mrielly@cicchielloesq.com
Respondent: smcnamara@pscite.com
Respondent's attorney: N/A

## General Information

Business Name
PROFESSIONAL SECURITY CONSULTANTS, INC.

Business status
ACTIVE

Citizenship/place of formation
Foreign/CA

Business address
11454 SAN VICENTE BLVD. 2ND FLOOR 2ND FLOOR, LOS ANGELES, CA, 90049, United States

Annual report due
8/10/2023

NAICS code
Security Guards and Patrol Services (561612)

Business ALEI
0599555

Date formed
8/10/1998

Business type
Stock

Mailing address
11454 SAN VICENTE BOULEVARD, LOS ANGELES, CA, 90049, United States

Last report filed
2022

NAICS sub code

## Principal Details

## Agent details

Agent name
Secretary of State

Agent Business address
165 Capitol Ave., P.O. BOX 150470, Hartford, CT, 06115-0470, United States

# Secretary of the State of Connecticut
# Notice of Service of Process

165 Capitol Avenue, P.O. Box 150470, Hartford, CT 06115-0470

PROFESSIONAL SECURITY CONSULTANTS, INC.
11454 SAN VICENTE BLVD, 2ND FLOOR,
LOS ANGELES, CA 90049 United States

Date: 11/29/2022 3:41:27 PM

Re: OMNRI MOORE v. PROFESSIONAL SECURITY CONSULTANTS, INC.

To Whom It May Concern,

Legal process has been served on the Secretary of the State of Connecticut as the Statutory Agent for Service of Process for the following defendant in the above referenced matter. Enclosed is a copy of the submission to this office.

PROFESSIONAL SECURITY CONSULTANTS, INC.

Enclosed is a copy of the submission to this office.

Sincerely,

Mark F. Kohler
Secretary of the State of Connecticut

By: Nicole Lis
860-509-6002

Case Number: 0000304854 -A 001
Mail Number: 7018 1130 0000 6159 2693
Enc.