## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMNRI MOORE,<br>　　　　Plaintiff | : | Civil Action No: 3:22-CV-01642(VAB) |
| v. | : | |
| PROFESSIONAL SECURITY CONSULTANTS, INC.,<br>　　　　Defendant | : | SEPTEMBER 12, 2024 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this Action may and shall be dismissed with prejudice and without interest, costs or attorney's fees.

| THE PLAINTIFF<br>OMNRI MOORE | DEFENDANT,<br>PROFESSIONAL SECURITY CONSULTANTS, INC. |
|---|---|
| | By:　/s/ *Sara Simeonidis* |
| BY: /s/ *Michael J. Reilly* | Sara R. Simeonidis (ct 25566) |
| Michael J. Reilly (ct28651) | Sara.Simeonidis@jacksonlewis.com |
| CICCHIELLO & CICCHIELLO, LLP | Jackson Lewis P.C. |
| 364 Franklin Avenue | 90 State House Square, 8th Floor |
| Hartford, CT 06114 | Hartford, CT 06103 |
| Phone: 860-296-3457 | Tel. (860) 522-0404 |
| Fax: 860-296-0676 | Fax (860) 247-1330 |
| Email: mreilly@cicchielloesq.com | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2024, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically and served by certified mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system of by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      By: */s/ Michael J. Reilly*
                                                      Michael J. Reilly (ct28651)